UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO CASTIBLANCO,

    Plaintiff,

vs.

EBER BROS.-NDC, LLC; LESTER EBER;
JOHN DOES 1-5, JOHN DOE, LLC's 1-05;
JOHN DOES, INC. 1-5,

    Defendants.

Case No. 08-CV-06029 (LAP)

ECF CASE

ACKNOWLEDGMENT OF SERVICE

    Service of the Summonses and Complaint upon defendants **Eber Bros.-NDC, LLC and Lester Eber** is hereby accepted and acknowledged this 3¹ day of July, 2008.

Dated: July 3l, 2008

By: _____
PATRICK J. DALTON, ESQ.
Melanie L. Sarkis

1138189.1