John O. Lukanski, Esq. (JL-2846)
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO CASTIBLANCO,<br><br>Plaintiff,<br><br>vs.<br><br>EBER BROS.-NDC, LLC; LESTER EBER; JOHN DOES 1-5, JOHN DOE, LLC's 1-05; JOHN DOES, INC. 1-5,<br><br>Defendants. | Case No. 08-CV-06029 (LAP)<br><br>ECF CASE<br><br>DECLARATION OF JOSEPH A. DICKSON, ESQ. IN SUPPORT OF ADMISSION *PRO HAC VICE* |

I, JOSEPH A. DICKSON, ESQ., of full age, hereby certify as follows:

1. I am an attorney at law of the State of New York and an associate with the law firm of Wolff & Samson PC, attorneys for plaintiff Ricardo Castiblanco ("Castiblanco"). I submit this Declaration in support of Plaintiff's motion for entry of an Order pursuant to Local Rule 1.3 (c) granting my admission *pro hac vice* on behalf of Plaintiff in this action.

2. I have been duly admitted to practice law in the State of New Jersey since 1981, and am a member in good standing of the bar of New Jersey. Attached hereto as Exhibits A is a Certificate of Good Standing for the bar of New Jersey.

3. I am also admitted to practice before and am a member in good standing of the bar of the United States District Court for the District of New Jersey.

4. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any court.

5. I have never been held in contempt of any court, nor do I have any disciplinary actions, contempt or other proceedings involving myself pending before any court.

1138273.1

6. I am fully familiar with the substance and procedural history of this action and I will be working with John O. Lukanski of Wolff & Samson P.C., who is admitted to practice before and is a member in good standing of the bar of this Court.

7. I respectfully request admission to appear *pro hac vice* before the United States District Court for the Southern District of New York to represent Plaintiff in the above-captioned matter.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: August 8, 2008

_____
JOSEPH A. DICKSON, ESQ.

1138273.1

# EXHIBIT A

894682.1

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **JOSEPH A DICKSON** (No. **026091981**) was constituted and appointed an Attorney at Law of New Jersey on **December 17, 1981** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **August**, 20 **08**

Clerk of the Supreme Court

-453a-