John O. Lukanski, Esq. (JL-2846)
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1500
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO CASTIBLANCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EBER BROS.-NDC, LLC; LESTER EBER; JOHN DOES 1-5, JOHN DOE, LLC's 1-05; JOHN DOES, INC. 1-5,<br><br>　　　　Defendants. | Case No. 08-CV-06029 (LAP)<br><br>ECF CASE<br><br>**DECLARATION OF JOHN O. LUKANSKI, ESQ. IN SUPPORT OF ADMISSION *PRO HAC VICE* OF <u>JOSEPH A. DICKSON, ESQ.</u>** |

　　　　I, JOHN O. LUKANSKI, ESQ., of full age, hereby certify as follows:

　　　　1.　　I am an attorney at law of the State of New York, a member in good standing of this Court and a partner with the law firm of Wolff & Samson PC, attorneys for plaintiff Ricardo Castiblanco ("Castiblanco")  I submit this Declaration in support of Plaintiff's motion for entry of an Order pursuant to Local Rule 1.3 (c) granting the admission *pro hac vice* of Joseph A. Dickson, Esq. of Wolff & Samson PC, to act as an attorney for plaintiff in this action.

　　　　2.　　As set forth in detail in the Declaration of Joseph A. Dickson, Esq., submitted herewith, there is good cause for his admission *pro hac vice* in this matter.  Mr. Dickson is a member in good standing in the bars of New Jersey and the United States District Court for the District of New Jersey.

　　　　3.　　Mr. Dickson is an associate with the law firm of Wolff & Samson PC, the firm that presently represents Plaintiffs.  Mr. Dickson is fully familiar with the substance and procedural history of this action, and I shall also continue to serve as counsel of record in this

1138272.1

matter.  Accordingly, Mr. Dickson's admission *pro hac vice* will not delay these proceedings in any manner.

    I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: August 8, 2008

                                                        /s/ John O. Lukanski  
                                                    JOHN O. LUKANSKI, ESQ.