John O. Lukanski, Esq. (JL-2846)
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1500
Attorneys for Plaintiff

COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO CASTIBLANCO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EBER BROS.-NDC, LLC; LESTER EBER; JOHN DOES 1-5, JOHN DOE, LLC's 1-05; JOHN DOES, INC. 1-5,<br><br>　　　　　　Defendants. | Case No. 08-CV-06029 (LAP)<br><br>ECF CASE<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION OF JOSEPH A. DICKSON, ESQ.** |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Joseph A. Dickson, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for plaintiff, Ricardo Castiblanco.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and to present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms Joseph A. Dickson, Esq.'s appearance as counsel it this case, and it will be entered on the Court's docket. A notation of Joseph A. Dickson, Esq.'s admission *pro hac vice* for the above captioned matter will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: August 14, 2008.

SO ORDERED

_____
HONORABLE HENRY B. PITMAN

1138267.1